CRIMINAL CASE COVER SHEET
U.S. DISTRICT COURT
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 18 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

CITY: __Hattiesburg__

COUNTY: __Lamar__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT ____ DOCKET # __2:17cr30 KS-JCG__
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES __X__ NO

MATTER TO BE SEALED: __X__ YES ____ NO

NAME/ALIAS: __Susan K. Perry__

**U.S. ATTORNEY INFORMATION:**

AUSA __Mary Helen Wall__       BAR # __100857__

INTERPRETER: __X__ NO _____ YES   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __13__       ____ PETTY ____ MISDEMEANOR __13__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  18:1349.F | 18 USC § 1349 | Attempt and Conspiracy | 1 |
| Set 2  18:1343.F | 18 USC § 1343 | Fraud by wire, radio, or television | 2-5 |
| Set 3  21:846.F | 21 USC § 846 | Conspiracy to Distribute Controlled Substance | 6 |
| Set 4  21:841.A=CD.F | 21 USC § 841(a)(1) | Controlled Substance –Sell, Distribute, Or Dispense | 7 |
| Set 5  18:371.F | 18 USC § 371 | Conspiracy to Defraud the United States | 8 |
| Set 6  42:1320A.F | 42 USC § 1320a-7b(2)(A) | Payment to Non-Licensed Physician | 9-12 |
| Set 7  18:1001(a)(1) | 18 USC § 1001(a)(1) | Statements or Entries Generally | 13 |

Date: __10-16-17__       **SIGNATURE OF AUSA:** __Mary Helen Wall__

Revised 2/26/2010