IN THE UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SUSAN K. PERRY | ) | 2:17cr30-KS-JCG |
| _____ | ) | |
| Defendant | | |
| | ) | |

**ENTRY OF APPEARANCE**

COMES NOW, Jeffrey G. Pierce, Attorney and files this his entry of appearance on behalf of the Defendant Susan K. Perry.

RESPECTFULLY SUBMITTED, this the 24th day of October, 2017.

*s/Jeffrey G. Pierce*
Jeffrey G. Pierce, MSB#99645
1101 Iberville Drive
Ocean Springs, MS 39564
228.875.3715
jeffrey.piercelaw@gmail.com