IN THE UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| SUSAN K. PERRY | ) | 2:17cr30-KS-JCG |
| _____ | ) | |
| Defendant | | |
| | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

COMES NOW, Jeffrey G. Pierce, Attorney and files this his CERTIFICATE OF SERVICE and certifies that he has copied all counsel of records by way of the court's electronic notification system.

RESPECTFULLY SUBMITTED, this the 24th day of October, 2017.

*s/Jeffrey G. Pierce*
Jeffrey G. Pierce, MSB#99645
1101 Iberville Drive
Ocean Springs, MS 39564
228.875.3715
jeffrey.piercelaw@gmail.com
