IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



UNITED STATES OF AMERICA

VERSUS          CASE NO.   2:17-cr-00030-KS-JCG

SUSAN K. PERRY

### WAIVER OF COURT APPOINTED COUNSEL

The above named defendant, after being advised of the nature of the charge(s) and of his/her rights, hereby waives in open court, court-appointed counsel, if qualified, to represent him/her.

x Susan Perry
_____
Defendant

_____
Witness

Date 10/25/17